Mark D. Kemple, State Bar No. 145219
Email: mkemple@jonesday.com
Matthew Yu, State Bar No. 186807
Email: mmyu@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, California 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Michael J. Gray (*pro hac vice*)
Email: mjgray@jonesday.com
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

Attorneys for Defendant
MCDONALD'S CORPORATION

E-FILED 10/14/08

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA M. KIMOTO, Individually and on Behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MCDONALD'S CORPORATION, and Does 1 through 1000, inclusive,<br><br>Defendants. | Case No. CV 06-3032 PSG (FMOx)<br><br>Assigned to Hon. Philip S. Gutierrez<br><br>**STIPULATION DISMISSING ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Defendant McDonald's Corporation and Plaintiff Deanna Kimoto, acting by and through their counsel of record, do hereby stipulate that the above-captioned

LAI-2978617v1

DISMISSAL WITH PREJUDICE

action be dismissed with prejudice in its entirety, with each party bearing its own fees and costs up to and including the date of dismissal.

It is so stipulated.

Dated: October 9, 2008

LAWRENCE R. CAGNEY
Westrup Klick, LLP

By: _____
Lawrence R. Cagney
Attorney for Plaintiff Deanna M. Kimoto

Dated: October 10, 2008

MARK D. KEMPLE
Jones Day

By: _____
Mark D. Kemple
Attorney for McDonald's Corporation

## ORDER

All parties having so stipulated, and good cause appearing, it is hereby ORDERED that the above-captioned matter is dismissed with prejudice in its entirety.

Dated: October 14, 2008

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

LAI-2978617v1

## PROOF OF SERVICE

I, Jean E. Asuncion, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300. On October 10, 2008, I served a copy of the within document(s):

**JOINT REQUEST FOR CLARIFICATION RE: SCHEDULING ORDER; [PROPOSED] ORDER**

- [x] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.
- [x] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.
- [ ] by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.
- [ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.
- [ ] by e-mailing a copy thereof to the following individual(s) at the following e-mail addresses:

**See Attached Service List**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 10, 2008, at Los Angeles, California.

_____
Jean E. Asuncion

LAI-2892510v1                                                                 PROOF OF SERVICE

## SERVICE LIST

| | |
|---|---|
| Michael L. Carver, Esq.<br>Law Offices of Michael L. Carver<br>1600 Humboldt Rd., Suite 3<br>Chico, CA 95928<br>Phone: (530) 891-8503<br>Fax: (530) 891-8512<br>Email: carverm@aol.com | *Attorneys for Plaintiff Deanna M. Kimoto* |
| Lawrence R. Cagney, Esq.<br>Westrup Klick<br>444 W. Ocean Blvd., Suite 1614<br>Long Beach, CA 90802<br>Phone: (562) 432-2551<br>Fax: (562) 435-4856<br>Email: lcagney@wkalaw.com | *Attorneys for Plaintiff Deanna M. Kimoto* |
| Mark L. Shapiro<br>Holland & Knight LLP<br>131 So. Dearborn St., 30th Floor<br>Chicago, IL 60603<br>Phone: (312) 263-3600<br>Fax: (312) 578-6666<br>Email: mark.shapiro@hklaw.com | *Attorneys for Defendant McDonald's Corporation* |